IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHEETMETAL WORKERS' NATIONAL. PENSION FUND, *et al.* | § § § |
| versus | §  CIVIL ACTION NO. H-07-1517 § |
| CHAD C. DEATON, *et al.* | § § |

## FINAL JUDGMENT

For the reasons stated in Magistrate Judge Mary Milloy's Memorandum and Recommendation which was adopted by this Court by Order signed on May 15, 2008, this action is dismissed.

**THIS IS A FINAL JUDGMENT.**

The Clerk shall enter this Order and provide all parties with a true copy.

SIGNED on this the 15th day of May, 2008, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE